- 2 -

1    rate. If customers do not default, Advanta will not change their interest rate until they pay
2    off their balance.
3         5.    Advanta does not plan to, and will not, conduct any re-pricing campaigns on
4    its closed business card accounts.
5         I declare under penalty of perjury under the laws of the United States of America
6    that the foregoing is true and correct. Executed this 18th day of August 2009.

*[signature]*
KEVIN WALSH