I, France Jaffe, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and am an associate at the law firm of Dechert LLP, counsel of record for defendants Advanta Corp. and Advanta Bank Corp. (together, "Defendants") in this action. I make this declaration in support of Defendants' Motion To Dismiss And Strike, Or In The Alternative, To Transfer To The District Of Utah. Unless otherwise stated, I have personal knowledge of the matters stated herein and would competently testify thereto if called upon as a witness.

2. On July 19, 2009, the Attorney General of the State of Minnesota released a statement describing a settlement the Attorney General had reached with the National Arbitration Forum. A true and correct copy of the Attorney General's statement, enclosing a copy of the consent judgment it describes, is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of August 2009.

*[signature]*
FRANCE JAFFE