1  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
2  FRANCE JAFFE (No. 217471)
   france.jaffe@dechert.com
3  DECHERT LLP
   One Maritime Plaza, Suite 2300
4  San Francisco, California 94111-3513
   Telephone: 415.262.4500
5  Facsimile:  415.262.4555

6  Attorneys for Defendants
   ADVANTA BANK CORP.
7  and ADVANTA CORP.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| | |
|---|---|
| 13  RON STERN and JACK SCALFANI, individually and on behalf of all others similarly situated, | Case No. 09-cv-03276-PVT |
| 14 | Action Filed: June 16, 2009 |
| 15       Plaintiffs, | STIPULATION AND ORDER TO EXTEND CASE MANAGEMENT DATES |
| 16  v. | |
| 17  ADVANTA BANK CORP., a Utah corporation; ADVANTA CORP., a Delaware corporation, and DOES 1-20, | Dep't:  Courtroom 5, 4th Floor<br>Judge:  Honorable Patricia V. Trumbull |
| 18 | |
| 19       Defendants. | |

Defendant Advanta Bank Corp. and Plaintiffs Ron Stern and Jack Scalfani, through their respective counsel, stipulate as follows:

A. On October 13, 2009, the parties stipulated in open court to extend the dates for case management compliance for a period of thirty-days.

B. The Court accepted the parties' stipulation and so ordered.

C. On October 23, 2009, the Court rescheduled the case management conference to December 15, 2009.

D. Defendant Advanta Corp. filed for bankruptcy on November 8, 2009, and filed its suggestion of bankruptcy in this case, staying all matters as to Advanta Corp., on November 10, 2009.  The suggestion of bankruptcy does not apply to defendant Advanta Bank Corp.

E. The parties seek to continue existing deadlines for case management compliance for another thirty-five days in light of the submission of the pending Motion To Dismiss And Strike, Or In The Alternative, To Transfer To The United States District Court For The State Of Utah.

**STIPULATION AND PROPOSED ORDER**

1. The date for the parties to meet and confer regarding initial disclosures and discovery plan is hereby extended from November 20, 2009 to December 29, 2009.

2. The date for the parties to file their Rule 26(f) Report and complete initial disclosures and file their Case Management Statement is hereby extended from December 3, 2009 to January 12, 2009.

3. The Case Management Conference is hereby continued from December 15, 2009 to 2:00 p.m. on January 19, 2010, or to another date specified by the Court.

DATED: November 18, 2009          /s Arthur D. Levy
                                  ARTHUR D. LEVY
                                  Attorney for Plaintiffs

The undersigned e-filing attorney attests pursuant to General Order 45.X.B that concurrence in the filing of this document has been obtained from attorney Arthur D. Levy.

                                  DECHERT LLP
                                  H. JOSEPH ESCHER III
                                  FRANCE JAFFE

DATED: November 18, 2009          /s
                                  FRANCE JAFFE
                                  Attorneys for Defendant
                                  Advanta Bank Corp.

**ORDER**

Good cause appearing, **IT IS SO ORDERED**. The Case Management Conference is hereby continued to <u>January 19, 2010</u> at 2:00 p.m.

Dated: <u>11/24/09</u>                 *Patricia V. Trumbull*
                                      UNITED STATES MAGISTRATE JUDGE