1 | H. JOSEPH ESCHER III (No. 85551)
  | h.joseph.escher@dechert.com
2 | FRANCE JAFFE (No. 217471)
  | france.jaffe@dechert.com
3 | DECHERT LLP
  | One Maritime Plaza, Suite 2300
4 | San Francisco, California  94111-3513
  | Telephone:   415.262.4500
5 | Facsimile:   415.262.4555

6 | Attorneys for Defendant
  | ADVANTA BANK CORP.
7

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12

| RON STERN and JACK SCALFANI, individually and on behalf of all others similarly situated, | Case No. 09-cv-03276-PVT |
|---|---|
| | Action Filed: June 16, 2009 |
| Plaintiffs, | STIPULATION OF DISMISSAL AND ORDER DISMISSING ACTION |
| v. | |
| ADVANTA BANK CORP., a Utah corporation; ADVANTA CORP., a Delaware corporation, and DOES 1-20, | |
| Defendants. | |

1          WHEREAS, on March 18, 2010, the Court issued its Order Granting Defendants' Motion to Dismiss and Strike, or In the Alternative, to Transfer to the District of Utah, ruling that a motion to dismiss based on a forum selection clause is treated as a Rule 12(b)(3) motion to dismiss based on improper venue;

          WHEREAS, the Court requested further briefing from the parties regarding whether the action should be dismissed without prejudice or transferred to the District of Utah;

          WHEREAS, on November 8, 2009, defendant Advanta Corp. filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, staying this action as to Advanta Corp. (Docket No. 36); and

          WHEREAS, on March 19, 2010, the F.D.I.C. was appointed as receiver for defendant Advanta Bank Corp., and Federal Rule of Civil Procedure 66 provides that any action in which "a receiver has been appointed may be dismissed only by court order;"

          IT IS HEREBY STIPULATED THAT the Court DISMISS the action against defendants Advanta Corp. and Advanta Bank Corp., without prejudice, and that the Case Management Conference presently scheduled for April 13, 2010, be taken off calendar.

JAMES C. STURDEVANT
MONIQUE OLIVIER
WHITNEY HUSTON
THE STURDEVANT LAW FIRM

ARTHUR D. LEVY
STRATEGIC LEGAL
REPRESENTATION

DATED:     March 30, 2010

_____/s/_____
MONIQUE OLIVIER
Attorneys for Plaintiffs

          Although this action is stayed as to defendant Advanta Corp., Advanta Corp. has reviewed this document and stipulates that the action should be dismissed without prejudice.

| | | |
|---|---|---|
| DATED: | March 30, 2010 | WEIL, GOTSHAL & MANGES LLP<br>GREGORY HULL |
| | | /s/<br>GREGORY HULL<br>Attorneys for Defendant<br>Advanta Corp. |

## ATTESTATION

The undersigned e-filing attorney attests pursuant to General Order 45.X.B that concurrence in the filing of this document has been obtained from attorneys Monique Olivier for plaintiffs and Gregory Hull for defendant Advanta Corp.

| | | |
|---|---|---|
| DATED: | March 30, 2010 | DECHERT LLP<br>H. JOSEPH ESCHER III<br>FRANCE JAFFE |
| | | /s/<br>H. JOSEPH ESCHER III<br>Attorneys for Defendant<br>Advanta Bank Corp. |

## ORDER

IT IS SO ORDERED.

Dated:   *4/1/10*   _____
UNITED STATES MAGISTRATE JUDGE

13761573.1.LITIGATION